Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**DOCKET NUMBER:** 3:26-CR-113-MOC

**CASE SEALED:** ⦿ YES ◯ NO

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** :**US** vs JUSTIN LAMONT DAY

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty   ◯ Misdemeanor   ⦿ Felony

21 U.S.C. § 841(a)(1);18 U.S.C. § 924(c)(1)(A)

**JUVENILE:** ◯ Yes  ⦿ No

**ASSISTANT U. S. ATTORNEY** : ALFREDO DE LA ROSA

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving)

Case 3:26-cr-00113-MOC-DCK   Document 3-2   Filed 05/20/26   Page 1 of 1