# MINIMUM / MAXIMUM PENALTY FORM
### UNITED STATES ATTORNEY'S OFFICE
### WESTERN DISTRICT OF NORTH CAROLINA

United States v. | Justin Lamont Day

Case Number: | 3:26-CR-113-MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21 USC §841 (b)(1)(C) | | 0-20 years imprisonment; $1 million fine; not less than 3 years supervised release |
| 2 | 18 USC §924(c) | 5 years | 5 years to life imprisonment; $250,000 fine; not more than 5 years supervised release |
| 3 | 18 USC §922(g) | | 0-15 years imprisonment; $250,000 fine; up to 3 years supervised release |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☐ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☐ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☐ NO
\* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH

☐ DISCHARGE